# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| LEONARD FRANK PETTIWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-cv-00293-LSC-NAD |
| ) | |
| WEXFORD HEALTH SOURCES, ) INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. (Doc. 7). The magistrate judge advised Pettiway of his right to file specific written objections within 14 days. (*Id.*, at 10-11). That time has expired without any objections being filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will **DISMISS** this case **WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

The court will enter a separate final judgment.

**DONE** and **ORDERED** on October 11, 2024.

_____
L. Scott Coogler
United States District Judge

160704